**Sam SCHWARTZ, Appellant, v. UNITED STATES of America, Appellee.**

No. 9268.

Circuit Court of Appeals, Sixth Circuit.

June 2, 1943.

P. J. M. Hally and I. H. Polozker, both of Detroit, Mich., for appellant.

John C. Lehr, of Detroit, Mich., for appellee.

Before HICKS, SIMONS, and McALLISTER, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript, briefs and arguments of counsel, and it appearing to the court that there is no reversible error upon the record, it is ordered and adjudged that the judgment and sentence entered by the District Court on April 11, 1942, and appealed from, be and the same is in all things affirmed.

**STANSYLVANIA OIL & GAS COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 10594.

Circuit Court of Appeals, Fifth Circuit.

June 3, 1943.

Clark G. Clinton, of Dallas, Tex., for petitioner.

Joseph M. Jones and Sewall Key, Sp. Assts. to Atty. Gen., Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Bernard D. Daniels, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before HUTCHESON, HOLMES, and WALLER, Circuit Judges.

PER CURIAM.

The question involved, the principle to be applied, and the controlling facts are the same as in Hunt's case, affirmed with modifications by this court.[1] For the reasons and upon the grounds there stated, the petition is denied, and the board's order is affirmed.

**Zebedee TATE v. EMPIRE BUILDING CORPORATION.**

No. 9415.

Circuit Court of Appeals, Sixth Circuit

June 1, 1943.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

---

[1] Hunt v. Commissioner of Internal Revenue, 5 Cir., May 17, 1943, 135 F.2d 697.